| PROB 22 (Rev05/11) | | DOCKET NUMBER *(Tran. Court)* 3:09CR00281-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:13-00133-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Erie Etay Lawrence, Sr.<br><br>Nashville, Tennessee 37217 | EASTERN DISTRICT OF VIRGINIA | Richmond |
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Robert E. Payne, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 07/20/2012 — TO 07/19/2015 |

OFFENSE:

Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 21, 2013          /s/ REP

Date          The Honorable Robert E. Payne
           Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE DISTRICT OF TENNESSEE</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-30-13

Effective Date          United States District Judge