UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00133-1 |
| | ) | CHIEF JUDGE HAYNES |
| ERIC ETAY LAWRENCE, SR. | ) | |

## MOTION TO EXTEND BUREAU OF PRISONS SELF REPORT DATE

COMES Eric Etay Lawrence, through counsel, and respectfully requests that the Court extend the date in which he must report to the facility designated by the Federal Bureau of Prisons. (BOP). Mr. Lawrence would show that this Court held a revocation hearing on September 30, 2013. (D.E. 10). Pursuant to an agreed of the parties, the Court revoked the term of Mr. Lawrence's supervised release sentencing him to eight (8) months imprisonment with no further supervision to follow. The Court also set a report date to the BOP of October 30, 2013. (D.E. 11). Today, counsel has been advised that, as of the time of this filing, Mr. Lawrence has not been designated to a BOP facility. Mr. Lawrence would prefer to go directly to the designated BOP facility rather than turning himself into the U.S. Marshal's service where he would have to await designation in the custody of a local facility. Mr. Lawrence has been in compliance with the terms of his release while awaiting his designation.

WHEREFORE, for these reasons, it is respectfully requested that the Court extend Mr. Lawrence's self report date for a period of thirty (30) days from an after October 30, 2013. Should Mr. Lawrence receive a BOP designation before the expiration of the requested extension, he will immediately report as directed.

Respectfully submitted,

_/s/ Ronald C. Small_
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Eric Etay Lawrence, Sr.

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013, I electronically filed the foregoing *Motion to Extend Report Date* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Sandra G. Moses, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

_/s/ Ronald C. Small_
RONALD C. SMALL

Case 3:13-cr-00133 Document 12 Filed 10/29/13 Page 1 of 1 PageID #: 44

[Handwritten annotations in margin: "GRANTED. This motion of Mr. Lawrence to extend the report date to November 29, 2013 is GRANTED." with date "10-30-13"]